

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00376-CR

---

CAMIE S. MANGRUM                                              APPELLANT

V.

THE STATE OF TEXAS                                           STATE

----------

FROM COUNTY CRIMINAL COURT NO. 4 OF TARRANT COUNTY
TRIAL COURT NO. 1348519

----------

## MEMORANDUM OPINION[1]

----------

On October 18, 2015, Appellant Camie Mangrum filed a pro se notice of appeal from a conviction and sentence for assault causing bodily injury. A jury found Mangrum guilty and assessed punishment at 365 days' confinement probated for 24 months. Accordingly, the trial judge entered judgment and

---

[1]*See* Tex. R. App. P. 47.4.

suspended Mangrum's sentence by written order on September 1, 2015. Mangrum did not file a motion for new trial.

The Texas Rules of Appellate Procedure provide that a defendant who does not file a motion for new trial, but who wishes to appeal his conviction, must file a notice of appeal no later than thirty days after sentence is imposed. Tex. R. App. P. 26.2(a)(1). To invoke our jurisdiction, Mangrum needed to file his notice of appeal within thirty days after September 1, 2015. The notice of appeal in this case was filed in the county court on October 19, 2015, eighteen days after the appellate deadline ran. Mangrum's notice of appeal, filed more than thirty days after his sentence was imposed, does not invoke our jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App.1996)(en banc). Thus, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Lee Gabriel

LEE GABRIEL
JUSTICE

PANEL: LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 11, 2016

2